**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lion BOULOS, also known as Rudolphe
Moussa, also known as Rodolphe
Moussa, Defendant–Appellant.**

No. 06–20159.

United States Court of Appeals,
Fifth Circuit.

July 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, for Plaintiff–Appellee.

George Michael Degeurin, Foreman, Degeurin & Nugent, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6